UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELVIN HAYNES | * | CIVIL ACTION NO. 16-225 c/w 16-227 |
| VERSUS | * | |
| | | SECTION: "F"(1) |
| IRMA MITCHELL | * | |
| | | JUDGE MARTIN L.C. FELDMAN |
| | * | |
| | | MAG. JUDGE JANIS VAN MEERVELD |
| ****************************************** | | |

REPORT AND RECOMMENDATION

Before the Court is Plaintiff's Motion for Leave to File Amended Complaint, which was styled as a Motion to Add Defendant(s). (Rec. Doc. 40).

Plaintiff Delvin Haynes is proceeding *pro se* in the captioned lawsuit, which he filed against Irma Mitchell on January 8, 2016. (Rec. Doc. 1). On April 11, 2016, he filed an amended complaint adding Dale Atkins as a defendant. (Rec. Doc. 13). On June 16, 2016, the District Court dismissed the Complaint as to Irma Mitchell without prejudice because service had not been effected on her. (Rec. Doc. 22). On August 3, 2016, The District Court granted Dale Atkins' Motion to Dismiss and dismissed Mr. Haynes's claims against Dale Atkins with prejudice. (Rec. Doc. 36). With both defendants dismissed, the case is closed. However, final judgment has not been entered. Accordingly, while Mr. Haynes can no longer amend his pleading as a matter of right, he may request leave to amend. See Lewis v. Fresne, 252 F.3d 352, 360 (5th Cir. 2001).

"It is within the district court's discretion to deny a motion to amend if it is futile." Stripling v. Jordan Prod. Co., LLC, 234 F.3d 863, 872–73 (5th Cir. 2000). Here, Mr. Haynes seeks to amend his complaint to add a new defendant, Sherry Mitchell. The amended complaint

1

contains no allegations regarding Ms. Mitchell other than her address in Houston, Texas. Mr. Haynes complains that the property at 2608 Robert St. has been abandoned for over 10 years, and that he has been maintaining and making improvements on it. Even construed liberally, Mr. Haynes does not present any factual basis for an action against Ms. Mitchell (for example, that she is an owner of the property). Allowing the proposed amended complaint would be futile.

Accordingly, IT IS RECOMMENDED that Mr. Haynes' Motion for Leave to File Amended Complaint (Rec. Doc. 40) be DENIED.

## NOTICE OF RIGHT TO OBJECT

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this  8th  day of September, 2016.

_____
JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE