UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELVIN HAYNES | * | CIVIL ACTION NO. 16-225 c/w 16-227 |
| VERSUS | * | |
| | | SECTION: "F"(1) |
| IRMA MITCHELL | * | |
| | | JUDGE MARTIN L.C. FELDMAN |
| | * | |
| | | MAG. JUDGE JANIS VAN MEERVELD |
| ****************************** | | |

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that Mr. Haynes' Motion for Leave to File Amended Complaint (Rec. Doc. 40) be DENIED.

New Orleans, Louisiana, this 3rd day of  October , 2016.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1